UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

RICHARD MARTIN LEWISTON

    Debtor

Case No. 12-58599-pjs
Chapter 7
Hon. Phillip J. Shefferly

_____/

RICHARDS-PITT, L.L.C., GREGORY RICHARDS CS TRUST and GREGORY RICHARDS MARITAL TRUST,

    Plaintiffs,

vs.

Adv. Proc. No. 12-06004

RICHARD MARTIN LEWISTON,

    Defendant.

_____/

## ORDER GRANTING
## CHAPTER 7 TRUSTEE'S MOTION TO INTERVENE IN ADVERSARY PROCEEDING UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 7024

This matter having come before the Court upon the Chapter 7 Trustee's Motion to Intervene in Adversary Proceeding under Federal Rule of Bankruptcy Procedure 7024 (the "Motion");[1] a hearing on the Motion having been held on June 12, 2013, and for the reasons stated on the record at the hearing on the Motion (which are incorporated herein as if fully set forth), objections to the Motion are overruled; and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that:

1. The Motion is granted, and the Trustee is permitted to intervene in this Adversary Proceeding as a party litigant with all rights and interests of a party litigant under the Federal Rules of Bankruptcy Procedure.

---

[1] Capitalized terms have the meaning given them in the Motion.

{00014535.DOC }    1

2. The Trustee will be a nominal defendant in the Adversary Proceeding and will have 14 days from entry of this order to file a responsive pleading.

3. The parties to this adversary proceeding are directed to meet and confer to discuss avenues to conduct this litigation, the related contested matters, adversary proceedings, and the case pending before Judge Rosen, Case No. 2:13−cv−11790−GER−LJM, efficiently and without duplication of discovery.

.

**Signed on June 19, 2013**

          **/s/ Phillip J. Shefferly**
          **Phillip J. Shefferly**
          **United States Bankruptcy Judge**