## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

RICHARD MARTIN LEWISTON

    Debtor

Case No. 12-58599-pjs
Chapter 7
Hon. Phillip J. Shefferly

_____/

RICHARDS-PITT, L.L.C., GREGORY RICHARDS
CS TRUST and GREGORY RICHARDS MARITAL
TRUST,

    Plaintiffs,

vs.

Adv. Proc. No. 12-06004

RICHARD MARTIN LEWISTON,

    Defendant.

and

GENE R. KOHUT, Chapter 7 Trustee for the
Bankruptcy Estate of Richard Martin Lewiston,

    Nominal Defendant.

_____/

### CHAPTER 7 TRUSTEE'S MOTION TO DISMISS PLAINTIFFS GREGORY RICHARDS CS TRUST AND GREGORY RICHARDS MARITAL TRUST FOR LACK OF STANDING

Gene R. Kohut, Chapter 7 trustee ("Trustee") of the Debtor's bankruptcy estate, through counsel, Wolfson Bolton PLLC, for his Motion to Dismiss Plaintiffs Gregory Richards CS Trust and Gregory Richards Marital Trust for Lack of Standing ("Motion") states:

### RELIEF REQUESTED

1. By this Motion, the Trustee seeks an order dismissing Plaintiffs Gregory Richards CS Trust and Gregory Richards Marital Trust for the reasons set forth in the accompanying Brief attached as Exhibit 3.

2. The Trustee sought concurrence of Plaintiffs' counsel in the relief requested in this Motion on July 2, 2013, which request was denied.

3. The Trustee sought concurrence of Debtor/Defendant's counsel in the relief requested in this Motion on July 3, 2013, which concurrence was not obtained.

WHEREFORE, the Trustee respectfully requests that this Court enter an order granting the Motion in the form attached as Exhibit 1 and grant the Trustee additional relief as the Court deems just and equitable.

Respectfully submitted,

WOLFSON BOLTON PLLC

Dated: July 3, 2013

By: /s/ Scott A. Wolfson
Scott A. Wolfson (P53194)
Anthony J. Kochis (P72020)
3150 Livernois, Suite 275
Troy, MI 48083
Telephone: (248) 247-7103
E-mail: swolfson@wolfsonbolton.com

# EXHIBIT INDEX

| | |
|---|---|
| Exhibit 1 | Proposed Order |
| Exhibit 2 | Notice and Opportunity |
| Exhibit 3 | Brief |
| Exhibit 4 | Certificate of Service |
| Exhibit 5 | n/a |
| Exhibit 6 | *Kepley v. Lanz*, No. 12-5078, 2013 U.S. App. LEXIS 9384 (6th Cir. May 9, 2013) |